# Exhibit A



**OFFICE OF TENESHIA HUDSPETH**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

Docket Number: 1199476
Receipt Number: PAUPERS AFF    Date: 02/14/2023    Sheriff/Constable Fee: $N/A

SHARON YASIN
Plaintiff
VS.
MV TRASPORTATION
Defendant

In The County Civil Court at Law No. 1
201 Caroline, Suite 500
Houston, Tx 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To:     MV TRANSPORTATION
        7700-7710 ROMEA ST
        HOUSTON, TEXAS  77028

Attached is a copy of petition.
This instrument was filed on the **13th day of February, 2023**, in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 14th day of February, 2023

(Seal)

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 1
201 Caroline, Suite 300
Harris County, Texas 77002

_Anh T. Nguyen_
Anh T. Nguyen
Deputy County Clerk

Requested
By:
SHARON YASIN
7225 BELLERIVE UNIT 212
HOUSTON TX  77036

FILED
AT 8:31 O'CLOCK A M
DATE Mar 8 20 23
CLERK COUNTY CIVIL COURTS
AT LAW
By _____ DEPUTY

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016)       WWW.CCLERK.HCTX.NET       Page 1 of 1

## OFFICER'S RETURN

Came to hand on _____, at _____ o'clock ___.M. and executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

the diligence used in finding said Defendant , being _____

and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of the said Defendant , being: _____

_____(Sheriff)
(Authorized Person)                                                                                                   (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

By _____, Deputy

(Notary Public)

### RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,
a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____. _____, at _____ o'clock A.M./P.M., and executed by delivering to defendant, _____, in person, at _____
in _____, County _____, State of _____
_____, on _____, at _____ o'clock A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me, _____.

_____(Sheriff)
                                                                                                   (Constable)
_____, County,

State of _____

By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)

UNOFFICIAL COPY

## Constable Return of Corporation

Cause #: <u>1199476</u>                                                                                   Tracking #: <u>J7045661</u>

In the case of <u>SHARON YASIN</u> VS <u>MV TRANSPORTATION</u> a <u>CITATION</u> and attached <u>ORIGINAL PETITION</u> was issued by the <u>County Civil Court at Law No. 1</u> court of <u>HARRIS</u> County, and came to hand on the <u>15</u> day of <u>February</u>, <u>2023</u> at <u>10:51AM</u> to be delivered at <u>7700-7710 ROMEA ST</u>, <u>HOUSTON</u>, TX <u>77028</u> by delivering to: <u>MV TRANSPORTATION</u>

### Attempted Service
(Attempted service at 7700-7710 ROMEA ST   unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|---|---|---|---|---|---|---|
| 3/2/2023 | 11:53:55 AM | ANDREW SCROGGINS | 3 | SERVED | 7700-7710 ROMEA ST HOUSTON TX 77028 | SERVED JORGE GONZALES |

### Service of Corporation

Executed the same in <u>Harris</u> County, Texas, on the <u>2</u> day of <u>March</u>, <u>2023</u> at <u>11:53AM</u> by summoning <u>MV TRANSPORTATION</u> a Corporation at <u>7700-7710 ROMEA ST</u>, <u>HOUSTON</u>, Texas <u>77028</u> By delivering to <u>JORGE GONZALES</u> in person the _ of said Corporation a true copy of this <u>CITATION</u>, together with the accompanying certified copy of the <u>ORIGINAL PETITION</u>

Fee Due $   <u>75.00</u>

by Deputy   <u>ANDREW SCROGGINS - 83C72</u>
             Printed

Deputy Signature

Attempts:   1

Total Attempts:   1

Sherman Eagleton, Constable Precinct #3
Harris County Texas
701 Baker Road
Baytown Texas 77521
713.274.2530

UNOFFICIAL COPY



# OFFICE OF TENESHIA HUDSPETH
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1199476**
Receipt Number: PAUPERS AFF   Date: 02/14/2023   Sheriff/Constable Fee: $N/A

SHARON YASIN
**Plaintiff**
VS.
MV TRASPORTATION
**Defendant**

In The County Civil Court at Law No. 1
201 Caroline, Suite 500
Houston, Tx 77002

## THE STATE OF TEXAS
## ORIGINAL PETITION CITATION

To:   JORGE GONZALES
      C/O MV TRANSPORTATION
      7700-7710 ROMEA ST
      HOUSTON, TEXAS  77028

Attached is a copy of petition.
This instrument was filed on the **13th day of February, 2023,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 14th day of February, 2023

(Seal)

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 1
201 Caroline, Suite 300
Harris County, Texas 77002

_Anh T Nguyen_
Anh T. Nguyen
Deputy County Clerk

Requested By:   SHARON YASIN
                7225 BELLERIVE UNIT 212
                HOUSTON TX  77036

FILED
AT 8:32 O'CLOCK A M
DATE Mar 8 20 23
CLERK COUNTY CIVIL COURTS AT LAW
By_____ DEPUTY

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374
WWW.CCLERK.HCTX.NET

Form No. H01029 (Rev. 08/29/2016)                                               Page 1 of 1

## OFFICER'S RETURN

Came to hand on _____, at _____ o'clock __.M. and executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

the diligence used in finding said Defendant, being _____

and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of the said Defendant, being: _____

_____(Sheriff)

(Authorized Person)                                                                                                  (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

                                                        By _____, Deputy
(Notary Public)

_____

### RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,
a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____
_____, at _____ o'clock A.M./P.M., and executed by delivering
to defendant, _____, in person, at _____
in _____, County _____, State of _____
_____, on _____, at _____ o'clock
A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____(Sheriff)
                                                                                                                                 (Constable)
                                                                                                                                 , County,

State of _____

                                                        By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)

## Constable Return of Individual

Cause #: 1199476                                                                 Tracking #: J7045649

In the case of SHARON YASIN VS MV TRANSPORTATION a CITATION and attached ORIGINAL PETITION was issued by the County Civil Court at Law No. 1 court of HARRIS County, TX and came to hand on the 15 day of February, 2023 at 10:30AM to be delivered at 7700-7710 ROMEA ST, HOUSTON, TX 77028 by delivering to: JORGE GONZALES C/O MV TRANSPORTATION

**(Attempted service at 7700-7710 ROMEA ST, HOUSTON, TX, 77028 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|---|---|---|---|---|---|---|
| 3/2/2023 | 11:52:51 AM | ANDREW SCROGGINS | 3 | SERVED | 7700-7710 ROMEA ST HOUSTON TX 77028 | PERSONAL |

### Service of Individual

Executed in Harris County, Texas by delivering to each of the within name defendant by PERSONAL ; a true copy of this CITATION together with the accompanying copy of the ORIGINAL PETITION, at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| JORGE GONZALES C/O MV TRANSPORTATION | 3/2/2023 | 11:52AM | 7700-7710 ROMEA ST HOUSTON TX 77028 |

Fee Due $ 75.00

by Deputy ANDREW SCROGGINS - 83C72

Printed

Deputy Signature [signature]

Attempts: 1

Total Attempts: 1

Sherman Eagleton, Constable Precinct #3
Harris County Texas

701 Baker Road
Baytown Texas 77521
713.274.2530

UNOFFICIAL COPY

2/12/23, 3:11 PM                PLAINTIFF'S ORIGINAL COMPLAINT AND DEMAND FOR A TRIAL BY JURY BY PLAINTIFF'S PEERS - trustee.do.your.job@gm…

Case 4:23-cv-01050   Document 1-1   Filed on 03/22/23 in TXSD   Page 8 of 9

Page____/____

Harris County Court
__Civil County Court
Judge_____

# 1199476

C.C.C.L. #1

Sharon Yasin
plaintiff
vs
MV Trasportation
Jorge Gazales
(private and professional capacity)
defendant

**PLAINTIFF'S ORIGINAL COMPLAINT AND A DEMAND FOR A TRIAL BY JURY OF MY PEERS AND CHALLENGING THE JURISDICTION OF THE COURT'S ARTICLE III AUTORITY AND THE JUDGE'S OATH OF OFFICE AND CONSTITUTIONAL AUTHORITY AS A ARTICE III JUDGE**

COME NOW, Sharon Yasin (Beneficiary Administrator of Trust) in unincorporated Harris County, Texas State filed this Complaint against , MV Transportation whos primary place of business is in the unincorporated 7700-7710 Romea St Houston (defendant) Texas 77028, Jorge Gonzales who's primary place of business is in the unincorporated 7700-7710 Romea ST Houston, Texas State (defendant). I will show why I'm bring forth this suit.

I. PARTIES

Plaintiff

c/o Sharon Yasin
7225 Bellerive Unit 212
Houston, Texas [77036]
nu.motionfile@gmail.com
512-822-6055

Defendant

MV Transportation
7700-7710 Romea ST
Houston, Texas 77028
281-253-6052

Jorge Gonzales
7700-7710 ROMEA ST
Houston, Texas 77028
281-253-6052

I. DISCOVERY

Discovery will be conduct on level 2

II. VENUE

Challenge to establish court as a Article III Court with an Article III Judge the incident occured in occured in unincorporated Harris County, Texas State

III. COMPLANT

2/12/23, 3:11 PM — PLAINTIFF'S ORGINAL COMPLAINT AND DEMAND FOR A TRIAL BY JURY BY PLAINTIFF'S PEERS - trustee.do.your.job@gm…

Case 4:23-cv-01050   Document 1-1   Filed on 03/22/23 in TXSD   Page 9 of 9

1. MV Transportation denied me service
   ADA Discrimination Act 1990

2. Jorge Gonzales fraudulently created False statements and documents to Intentionally disqualify Plaintiff from utilizing MV Transportation Paratransit Service.

IV.   STATE A CLAIM

I am asking for a settlement $250,000.00 and Punitive damages for violating my ADA Rights, Discrimination, Civil, and Constitutional Rights

V.   DAMAGES

Plaintiff has suffer mental trauma, sleepless nights, depression, abandonment, lost of social activities, sadness, confusion, severe pain, withdrawn, fear.

VI.   DEMAND FOR A TRIAL BY JURY OF PEERS

VI.   PRAYER

I pray the courts award Plaintiff due justice in finding they deserve the $250, 000 plus punitive damages.

Sharon Yasin
by;/s/_____©®
All Rights Reserved
Without Prejudice ucc 1-308
unincorporated jurisdiction outside D.C. terriories

February 13, 2023

