# Exhibit B

2/12/23, 3:11 PM    PLAINTIFF'S ORIGINAL COMPLAINT AND DEMAND FOR A TRIAL BY JURY BY PLAINTIFF'S PEERS - trustee.do.your.job@gm...

Case 4:23-cv-01050   Document 1-2   Filed on 03/22/23 in TXSD   Page 2 of 3

Page ____/____

Harris County Court
__Civil County Court
Judge_____

T 199476

C.C.C.L. #1

Sharon Yasin
plaintiff
vs
MV Trasportation
Jorge Gazales
(private and professional capacity)
defendant
_____

PLAINTIFF'S ORIGINAL COMPLAINT AND A DEMAND FOR A TRIAL BY JURY OF MY PEERS AND CHALLENGING THE JURISDICTION OF THE COURT'S ARTICLE III AUTORITY AND THE JUDGE'S OATH OF OFFICE AND CONSTITUTIONAL AUTHORITY AS A ARTICE III JUDGE
_____

COME NOW, Sharon Yasin (Beneficiary Administrator of Trust) in unincorporated Harris County, Texas State filed this Complaint against , MV Transportation whos primary place of business is in the unincorporated  7700-7710 Romea St Houston (defendant) Texas 77028, Jorge Gonzales who's primary place of business is in the unincorporated 7700-7710 Romea ST Houston, Texas State (defendant). I will show why I'm bring forth this suit.
_____

I.    PARTIES

Plaintiff

c/o Sharon Yasin
7225 Bellerive Unit 212
Houston, Texas [77036]
nu.motionfile@gmail.com
512-822-6055

Defendant

MV Transportation
7700-7710 Romea ST
Houston, Texas 77028
281-253-6052

Jorge Gonzales
7700-7710 ROMEA ST
Houston, Texas 77028
281-253-6052

_____

2023 FEB 13  PM 3 52
COUNTY CLERK
HARRIS COUNTY, TEXAS

I.    DISCOVERY

Discovery will be conduct on level 2

II.   VENUE

Challenge to establish court as a Article III Court with an Article III Judge the incident occured in occured in unincorporated Harris County, Texas State

III.  COMPLANT

2/12/23, 3:11 PM    PLAINTIFF'S ORGINAL COMPLAINT AND DEMAND FOR A TRIAL BY JURY BY PLAINTIFF'S PEERS - Justice.do.your.job@gm…

Case 4:23-cv-01056   Document 1-2   Filed on 03/22/23 in TXSD   Page 3 of 3

1. MV Transportation denied me service
   ADA Discrimination Act 1990

2. Jorge Gonzales fraudulently created
   False statements and documents to
   Intentionally disqualify Plaintiff from
   utilizing MV Transportation
   Paratransit Service.

───────────────────────

### IV.   STATE A CLAIM

I am asking for a settlement $250,000.00 and Punitive damages for violating my ADA Rights, Discrimination, Civil, and Constitutional Rights

### V.   DAMAGES

Plaintiff has suffer mental trauma, sleepless nights, depression, abandonment, lost of social activities, sadness, confusion, severe pain, withdrawn, fear.

### VI.   DEMAND FOR A TRIAL BY JURY OF PEERS

### VI.   PRAYER

I pray the courts award Plaintiff due justice in finding they deserve the $250, 000 plus punitive damages.

Sharon Yasin
by;/s/_____ ©®
All Rights Reserved
Without Prejudice ucc 1-308
unincorporated jurisdiction outside D.C. terriories

February 13, 2023

───────────────────────

