# Exhibit C

# County Civil

**Case Number**

`1199476`

**Court**

`All`

**Status**

`-All`

**File Date (From)**

`MM/DD/YYYY`

**File Date (To)**

`MM/DD/YYYY`

[SEARCH] [CLEAR]

---

◉ Party  ○ Attorney  ○ Company

**Last Name**

**First Name**

**Bar Card Number**

**File Date (From)**

`MM/DD/YYYY`

**File Date (To)**

`MM/DD/YYYY`

[SEARCH] [CLEAR]

## 9 Record(s) Found.

| Case | File Date | Type Desc | Subtype | Style | Status | Judge | Court | View All |
|---|---|---|---|---|---|---|---|---|
| 1199476 | 02/13/2023 | OTHER CIVIL CASE | | SHARON YASIN VS MV TRANSPORTATION,JORGE GONZALES | Open | AUDRIE LAWTON-EVANS | 1 | Part |

| Event Date | Event Desc | Comments | | Pgs |
|---|---|---|---|---|
| 03/08/2023 | Return of Service | Served | Return of Service | 3 |
| 03/08/2023 | Return of Service | Served | Return of Service | 3 |

| Date | Event | Notes | Document | Pages |
|---|---|---|---|---|
| 02/14/2023 | Original Petition Citation Issued | P/U CONSTABLE | Original Petition Citation | 1 |
| 02/14/2023 | Original Petition Citation Issued | P/U CONSTABLE | Original Petition Citation | 1 |
| 02/13/2023 | Civil Case Information Sheet | | Civil Case Information Sheet | 1 |
| 02/13/2023 | Citation to Be Issued | | Citation to Be Issued | 1 |
| 02/13/2023 | Affidavit of Indigency | | Affidavit of Indigency | 12 |
| 02/13/2023 | Citation to Be Issued | | Citation to Be Issued | 1 |
| 02/13/2023 | Original Petition (OCA) | | Original Petition (OCA) | 2 |