# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civ. A. No.: _____ |
| | § | |
| MV TRANSPORTATION, | § | |
| JORGE GONZALES, | § | |
| | § | (State Cause No. 1199476) |
| | § | |
| Defendant. | § | |

**INDEX OF DOCUMENTS**

a. All executed process in this case (Exhibit A);

b. Plaintiff's Original Complaint (Exhibit B);

c. The state court docket sheet (Exhibit C);

d. An index of documents being filed (Exhibit D); and

e. A list of all counsel of record, including address, telephone numbers, and parties represented (Exhibit E).