# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civ. A. No.: _____ |
| | § | |
| MV TRANSPORTATION, | § | |
| JORGE GONZALES, | § | |
| | § | (State Cause No. 1199476) |
| | § | |
| Defendant. | § | |

**LIST OF COUNSEL OF RECORD AND PARTIES REPRESENTED**

| | |
|---|---|
| Plaintiff Pro Se: | Sharon Yasin |
| | |
| | Sharon Yasin |
| | 7225 Bellerive, Unit 212 |
| | Houston, Texas 77036 |
| | Nu.motionfile@gmail.com |
| | Phone: 512.822.6055 |
| | |
| Defendant: | MV Transportation |
| | |
| Defendant: | Jorge Gonzales |
| | |
| Attorney for Defendants: | **OGLETREE , DEAKINS, NASH,** |
| | **SMOAK & STEWART, P.C.** |
| | Jasmine Harding Adams |
| | Texas Bar No. 24101865 |
| | 500 Dallas St., Suite 3000 |
| | Houston, Texas 77022 |
| | jasmine.harding@ogletree.com |
| | Phone: 713.655.5763 |
| | Fax:  713.655.020 |