United States District Court
Southern District of Texas

**ENTERED**

May 22, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. H-23-1050 |
| | § | |
| MV TRANSPORTATION and JORGE | § | |
| GONZALEZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Sharon Yasin sued the defendants in state court for violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12102 *et seq*. The defendants removed the case to this court, (Docket Entry No. 1), and have moved to dismiss the complaint for failure to state a claim. (Docket Entry No. 2). Yasin has not responded to the motion.

Yasin's complaint alleges, as its factual basis, only that "MV Transportation denied me service" and that "Jorge Gonzale[z] fraudulently created [f]alse statements and documents to intentionally disqualify Plaintiff from utilizing MV Transportation Paratransit Service." (Docket Entry No. 1-1 at 9 ¶¶ 1–2).

While the Federal Rules ask for a "short and plain statement of the claim showing that the pleader is entitled to relief," FED. R. CIV. P. 8(a)(2), a complaint must be "more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A claim must contain a plausible claim for relief, meaning allegations "that allow[] the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007)). Yasin's complaint does not pass this bar,

omitting essential elements of an ADA claim. She fails to allege, for example, that she is a qualified individual under the ADA. *Neely v. PSEG Tex., L.P.*, 735 F.3d 242, 245 (5th Cir. 2013).

The court grants the motion to dismiss. (Docket Entry No. 2). Yasin must file an amended complaint by **June 30, 2023**. Failure to file an amended complaint will result in dismissal with prejudice.

SIGNED on May 22, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge