United States District Court
Southern District of Texas
**ENTERED**
July 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-23-1050 |
| | § | |
| MV TRANSPORTATION, *et al,* | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 8, this action is dismissed.

SIGNED on July 10, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge